DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OSCAR JAVIER LLAMAS-TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:12-cr-0190 AWI |
| Plaintiff, ) | |
| ) | STIPULATION TO ADVANCE STATUS |
| v. ) | CONFERENCE HEARING; ORDER |
| ) | |
| OSCAR JAVIER LLAMAS-TORRES, ) | Date: July 23, 2012 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Hon. Anthony W. Ishii |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Andrew L. Gradman, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Oscar Javier Llamas-Torres, that the hearing currently set for July 30, 2012 at 10:00 a.m., **may be advanced and rescheduled to July 23, 2012, at 10:00 a.m.**

The parties have entered into a plea agreement and have agreed to set the matter for sentencing on July 23, 2012.

///

///

///

///

BENJAMIN B. WAGNER
United States Attorney

Dated: July 16, 2012

*/s/ Andrew L. Gradman*
ANDREW L. GRADMAN
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated: July 16, 2012

*/s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
OSCAR JAVIER LLAMAS-TORRES

**ORDER**

IT IS SO ORDERED.

Dated:     July 16, 2012

CHIEF UNITED STATES DISTRICT JUDGE

*LLAMAS-TORRES: Stipulation to Advance*
*Status Conference Hearing - ORDER*                 -2-